AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-mj-00953-NJK |
| | ) | |
| LATONYA L. JACKSON | ) | Charging District: Western District of Missouri |
| *Defendant* | ) | Charging District's Case No. 4:19-cr-00407-DGK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106 | Courtroom No.: 7E |
|---|---|---|
| | | Date and Time: January 13, 2020 at 1:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 17, 2019

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 17, 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY